IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRAVIS CAIN LEWIS                                                                                          PLAINTIFF

v.                                          Case No. 4:23-cv-4095

GINA BUTLER; and SHERIFF
BOBBY WALRAVEN                                                                                         DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R) issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Bryant recommends that Plaintiff's claims against Defendant Sheriff Bobby Walraven be dismissed without prejudice for failure to state a claim. Judge Bryant also recommends that Plaintiff's claims against Defendant Gina Butler be allowed to proceed.

No party has filed an objection to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 6) *in toto*.[1] Plaintiff's claims against Defendant Walraven are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against Defendant Butler may proceed.

**IT IS SO ORDERED**, this 12th day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] While Plaintiff has filed subsequent motions to either amend his complaint or supplement his complaint (ECF Nos. 10, 11, & 15), the Court finds that the proposed changes do nothing to alter the shortcomings in Plaintiff's complaint identified by Judge Bryant.